AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ADLEY LEO DYSON JR.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:15-cr-00012-01 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ADLEY LEO DYSON JR. (WHEREVER FOUND) ,
who is accused of an offense or violation based on the following document filed with the court:

■ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Count 1 Wire Fraud [18 U.S.C. § 1343]
Forfeiture 18 U.S.C. § 982

Date: January 28, 2015

Suzanne Delgado
*Issuing officer's signature*

City and state: Shreveport, Louisiana

Suzanne Delgado, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* ______________ , and the person was arrested on *(date)* ______________
at *(city and state)* ______________ .

Date: ______________

*Arresting officer's signature*

*Printed name and title*

This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.

***(Not for Public Disclosure)***

Name of defendant/offender: ADLEY LEO DYSON JR.

Known aliases: 

Last known residence: 147 John Street, Cameron, LA 70631

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 11/29/1972

Social Security number: 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

Height: Weight: 

Sex: Race: 

Hair: Eyes: 

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: