RECEIVED

FEB - 3 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00012-01 |
| -vs- | JUDGE MINALDI |
| ADLEY LEO DYSON, JR. | MAGISTRATE JUDGE KAY |

### ORDER

Considering the inability of the presiding judge to be present at the ongoing trial of this matter, the Court appoints Judge Donald E. Walter as trial Judge to conclude same, effective immediately.

SIGNED on this 3RD day of February, 2016, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT