UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO: 15-00012-01 |
| VERSUS | : | JUDGE DONALD E. WALTER |
| ADLEY LEO DYSON, JR. (01) | : | MAGISTRATE JUDGE KAY |

## ORDER

Upon the parties' joint motion for a mistrial, and for the reasons enunciated on the record on February 3, 2016, before the undersigned, the Court hereby **GRANTS** a mistrial.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, this 3 day of February, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE