RECEIVED
IN LAKE CHARLES, LA.

FEB -2 2016

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-CR-00012-01 |
|---|---|---|
| VERSUS | * | |
| ADLEY LEO DYSON JR. | * | JUDGE MINALDI |
| | * | MAGISTRATE/JUDGE KAY |

### STIPULATION

NOW into Court come the United States, through the undersigned Assistant United States Attorney and the defendant, ADLEY LEO DYSON JR., through his attorney, who agree and stipulate to the following facts:

When the Independent Bankers Bank sends a wire transfer to a customer's bank account at Capital One Bank, that wire transfer travels from Texas to Richmond, Virginia and thereafter back to the location of the Capital One bank associated with the account holder receiving the funds. Because the wiring travels from one state to another, it travels in interstate commerce

_____
JOHN LUKE WALKER
ASSISTANT UNITED STATES ATTORNEY

_____
CRISTIE GIBBONS
ATTORNEY FOR ADLEY LEO DYSON JR.