UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

PRESENT: HON. PATRICIA MINALDI , Presiding            Date: February 2, 2016
         DD Juranka               , Court Reporter
         Paula S. Jordan          , Minute Clerk

COURT OPENED: 9:00 A.M.        COURT ADJOURNED: 10:50 A.M.    TIME IN COURT: 1/50
_____
                              MINUTES OF COURT
_____

CASE NO.   2:15cr00012-01          JUDGE: Minaldi          MAGISTRATE JUDGE: Kay

         United States of America       VS.   Adley Leo Dyson, Jr.

                                         APPEARANCES
   John L. Walker & Robert Moore         FOR  United States of America
        Cristie Gibbens                  FOR  Adley L. Dyson, Jr.
                                         FOR
                                         FOR
                                         FOR

_____
CASE CALLED FOR                          FILINGS: Stipulation
___ Hearing on motions
___ Jury selection only
 X  Trial with jury 2nd day
___ Other
_____

PROCEEDINGS:
 X    Witnesses sequestered
___   Opening statement - plaintiff
___   Opening statement - defendant
 X    Testimony & evidence for pltf., not concluded
___   Testimony & evidence for deft., concluded
___   Rebuttal testimony & evidence, not concluded
___   Evidence closed
___   Evidence left open for_____
___   Case argued
___   Jury instructed
___   Alternate juror(s) excused
___   Jury deliberations began at
___   Jury verdict returned at
___   Jury polled
___   Case ruled on by the Court - See below
___   Case taken under advisement
___   Briefing times - See below
___   Mistrial declared
_____

VERDICT, RULING, COMMENTS:

An on the record conference with all counsel of record was held in Chambers prior to this proceeding.

Case laid over to Wednesday, February 3, 2016 at 9:00 a.m.