UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION: 15-00012-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| ADLEY LEO DYSON, JR. (01) | MAGISTRATE JUDGE KAY |

### ORDER

**IT IS HEREBY ORDERED** that the official transcripts [Docs. ## 30, 37, 38, and 39] in the above-captioned matter shall be **UNSEALED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 11th day of February, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE