UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION: 15-00012-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| ADLEY LEO DYSON, JR. (01) | MAGISTRATE JUDGE KAY |

## ORDER

**IT IS HEREBY ORDERED** that the official transcript of voir dire [Doc. #37], conducted on February 1, 2016, be **REDACTED**, to replace full juror names with initials, in order to protect the privacy of the jurors.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 11th day of February, 2016.

*[signature]*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE