UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION: 15-00012-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| ADLEY LEO DYSON, JR. (01) | MAGISTRATE JUDGE KAY |

## ORDER

Counsel for the Government has informed the Court that the Defendant, Adley Leo Dyson, Jr., wishes to change his plea and has consented to do so before the Magistrate Judge. Accordingly, **IT IS ORDERED** that this matter is hereby **REFERRED** to the Magistrate Judge for a change of plea hearing.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on May 27, 2016.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE