MINUTE ENTRY

October 6, 2016

JUDGE DONALD E. WALTER

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00012 |
| versus | JUDGE WALTER |
| ADLEY LEE DYSON, JR. | MAGISTRATE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sentencing in the captioned matter set for Tuesday, October 11, 2016 at 2:00 p.m. is hereby **reset** for **Tuesday, October 11, 2016 at 12:00 p.m.**, U. S. District Courthouse, Lafayette, Louisiana.