UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.  15-00012-01 |
| VERSUS | JUDGE MINALDI |
| ADLEY LEO DYSON, JR. | MAGISTRATE JUDGE KAY |

### NOTICE OF DEFENDANT'S POSITION ON THE INTERVENTION OF THE ASSOCIATED PRESS TO ADDRESS ACCESS ISSUES

NOW INTO COURT, comes Defendant, Adley Leo Dyson, Jr., through undersigned counsel, who states the defense has no objection to the intervention of the Associated Press in this matter to address access issues, nor does he object to the motion for access to sealed and un-docketed information.

RESPECTFULLY SUBMITTED,

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:    **S/ CRISTIE GAUTREAUX GIBBENS**
Louisiana Bar No. 24102
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana  70501
(337)262-6336 (Phone)     (337)262-6605 (Fax)

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record via notice of electronic filing (NEF).

Lafayette, Louisiana, December 1, 2016.

S/ CRISTIE GAUTREAUX GIBBENS