UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | NO. 15-CR-00012-01 |
| | * | |
| VERSUS | * | JUDGE DONALD E. WALTER |
| | * | |
| ADLEY LEO DYSON, JR. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

CONSIDERING the foregoing motion to intervene filed by The Associated Press,

IT IS HEREBY ORDERED that The Associated Press shall be permitted to intervene for the purpose of filing and litigating its motion for access to sealed and un-docketed information in this case.

HONORABLE DONALD E. WALTER
UNITED STATES DISTRICT JUDGE