**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

UNITED STATES OF AMERICA — CRIMINAL ACTION: 15-00012-01

VERSUS — JUDGE DONALD E. WALTER

ADLEY LEO DYSON, JR. (01) — MAGISTRATE JUDGE KAY

## ORDER

**IT IS HEREBY ORDERED** that the Motion for Access [Doc. #63] is hereby **GRANTED**, such that Record Documents 6, 7, and 30, in the above-captioned docket, shall be **UNSEALED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 1st day of December, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE